**No. 09-475. Monsanto Company, et al., Petitioners v. Geertson Seed Farms, et al.**

559 U.S. 1060, 130 S. Ct. 2088, 176 L. Ed. 2d 581, 2010 U.S. LEXIS 3116.

April 16, 2010. Motion of the Solicitor General for divided argument granted. Justice Breyer took no part in the consideration or decision of this motion.

**No. 09-559. John Doe #1, et al., Petitioners v. Sam Reed, Washington Secretary of State, et al.**

559 U.S. 1060, 130 S. Ct. 2088, 176 L. Ed. 2d 581, 2010 U.S. LEXIS 3115.

April 16, 2010. Motion of respondent Washington Coalition for Open Government for divided argument denied. Motion of respondent Washington Families Standing Together for divided argument denied.